872 A.2d 1126

Jimmie WALLACE, Appellant,

v.

PENNSYLVANIA BOARD OF PROBATION
& PAROLE, Appellee.

Supreme Court of Pennsylvania.

April 22, 2005.

## ORDER

PER CURIAM.

**AND NOW,** this 22nd day of April, 2005, probable jurisdiction is noted; the order appealed is affirmed. The Motion For Summary Judgment is denied.